**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**Plaintiff**

**vs.** **Civil No.: 3:15-cv-474**

**REAL PROPERTY LOCATED AT 1500 VIA DE LUNA DRIVE, G-15, PENSACOLA BEACH, FLORIDA, WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON**

**Defendant**

_______________________________________/

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

COMES NOW United States of America, Plaintiff in this action, by and through the undersigned Assistant United States Attorney, and alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

1. This is a civil action in rem brought to enforce the provisions of Title 28, United States Code, Sections 1345 and 1355.

2. This Court has in rem jurisdiction over the defendant properties pursuant to:

a. Title 28, United States Code, Section 1355(b)(1)(A), because pertinent acts or omissions giving rise to the forfeiture occurred in the Northern District of Florida; and

    b. Title 28, United States Code, Section 1355(b)(1)(B), because venue properly lies in the Northern District of Florida pursuant to Title 28, United States Code, Section 1395.

3. Venue lies within the Northern District of Florida pursuant to Title 28, United States Code, Section 1395(a), because the action occurred within the Northern District of Florida.

4. The defendant property is **REAL PROPERTY LOCATED AT 1500 VIA DE LUNA, G-15, PENSACOLA BEACH, FLORIDA, WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON**, (hereinafter "defendant property"), more particularly described as:

**Lot 15, Block G, First Addition to Regency Cabanas, a Subdivision of portion of the West 400 feet of Block 9 Santa Rosa Villas Subdivision, according to the plat thereof recorded in Plat Book 11, Page 78, of the Public Records of Escambia County, Florida.**

5. The defendant property constitutes proceeds or are derived from proceeds traceable to violations of 18 U.S.C. §§ 1341, 1343, and 1955, and are property involved in a transaction or attempted transaction of 18 U.S.C. §§ 1956 and 1957, or property traceable to such property; all pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

6. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached hereto and fully incorporated within this Complaint by reference.

WHEREFORE, the United States of America respectfully requests that process of forfeiture be issued against the defendant property, that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed, that

the court decree the condemnation and forfeiture of the property to the United States for disposition according to law and that the United States be granted such other relief as the Court deems just and proper.

Dated this 27th day of October, 2015.

Respectfully submitted,

CHRISTOPHER P. CANOVA
Acting United States Attorney

COREY J. SMITH
Assistant United States Attorney
Florida Bar No.: 0120420
United States Attorney's Office
Northern District of Florida
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
(850) 942-8430

**DECLARATION**

I, Tanya H. Burgess, am a Special Agent with the Internal Revenue Service – CI, currently assigned to the Pensacola Resident Office in Pensacola, Florida.

I have read the contents of the foregoing Complaint for forfeiture, and the Exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of October 2015.

Tanya H. Burgess
**Tanya H. Burgess**
Special Agent
Internal Revenue Service - CI

The foregoing was sworn before me this 27th day of October 2015, by Special Agent Tanya H. Burgess, who is personally known to me or has produced ____________ as identification.

KAREN M. BIRD
Commission # FF 145728
Expires September 20, 2018
Bonded Thru Troy Fain Insurance 800-385-7019

Karen M. Bird
**Notary Public**